AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MICHAEL A. SOWERS and CARLYNE
D. SOWERS, husband and wife,

        Plaintiffs,

   v.

NORDALE SOLOMON,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-135-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Judgment is entered in favor of the Plaintiffs against the Defendant for damages in the amount of $45,549.85, with interest on that amount from April 4, 2005, at the rate of 3.33% per annum.

2. Judgment is entered in favor of the Plaintiffs against the Defendant for costs in the amount of $921.33.

3. Judgment is entered in favor of the Plaintiffs against the Defendant for attorney fees in the amount of $26,880.00.

April 26, 2005
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson